UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

YULONDA HOPSON,

        Plaintiff,

  -v-                                                                 No. 20 CV 6528-LTS-RWL

COMISSIONER OF SOCIAL SECURITY,

        Defendant.

-------------------------------------------------------x

## ORDER ADOPTING REPORT & RECOMMENDATION

        The Court has reviewed Magistrate Judge Lehrburger's December 17, 2021, Report and Recommendation (the "Report") (docket entry no. 25) which recommends that the Court deny Plaintiff's motion for judgment on the pleadings (docket entry no. 22); grant the Commissioner's motion for judgment on the pleadings (docket entry no. 23); and enter judgment in favor of the Commissioner. No objections to the Report have been received.

        In reviewing a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C.A. § 636(b)(1)(C) (Westlaw, current through P.L. 117-80). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." Johnson v. New York Univ. School of Educ., No. 00-CV-8117-WK-RLE, 2003 WL 21433443, at *1 (S.D.N.Y. June 16, 2003) (internal quotation and citation omitted).

        The Court has reviewed carefully Magistrate Judge Lehrburger's thorough and well-reasoned Report and Recommendation and finds no clear error. The Court therefore adopts

the Report in its entirety for the reasons stated therein.  Accordingly, Plaintiff's motion is denied;

the Commissioner's motion is granted; and judgment is to be entered in favor of the

Commissioner.  This Order resolves docket entry nos. 22, 23, and 25.  The Clerk of Court is

respectfully requested to enter judgment accordingly.

    SO ORDERED.

Dated: New York, New York
       January 12, 2022

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge