**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
YULONDA HOPSON,

                Plaintiff,                20 **CIVIL** 6528 (LTS) (RWL)

       -against-                                **JUDGMENT**

COMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 12, 2022, The Court has reviewed carefully Magistrate Judge Lehrburger's thorough and well-reasoned Report and Recommendation and finds no clear error. The Court therefore adopts the Report in its entirety for the reasons stated therein. Accordingly, Plaintiff's motion is denied; the Commissioner's motion is granted; and judgment is entered in favor of the Commissioner.

**Dated:**  New York, New York
          January 13, 2022

                                                            **RUBY J. KRAJICK**
                                                             Clerk of Court
                                      **BY:**
                                                              Deputy Clerk